# EXHIBIT B

## Complaint to Trans Union, LLC

DR 07/27/2021 (00JC47) 178.120611.11007932

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY PENNSYLVANIA

AMANDA PAPE-COOPER,

    *Plaintiff,*

    vs.

T.D. BANK USA, N.A.,

    *Defendant,*

    and,

TRANSUNION, LLC

    *Defendant.*

CIVIL DIVISION

**ELECTRONICALLY FILED**

Case No. GD-21-005771

## COMPLAINT IN CIVIL ACTION

AND NOW, comes Plaintiff, Amanda Pape-Cooper, by and through the undersigned counsel, J.P. Ward & Associates, LLC and, specifically, Joshua P. Ward, Esquire, who files the within Complaint in Civil Action against Defendant, T.D. Bank USA, N.A., and Defendant, TransUnion, LLC, of which the following is a statement:

## PARTIES

1.    Plaintiff, Amanda Pape-Cooper (hereinafter "Amanda Pape-Cooper"), is an adult individual who currently resides at1585 Hillcrest Ave., Washington, PA 15301.

2.    Defendant, T.D. Bank USA, N.A., (hereinafter "TD Bank"), is a corporation with its principal place of business located at 7000 Target Parkway North, MS-NCB-0464, Brooklyn Park, Minnesota 55445.

2

3.      Defendant TransUnion, LLC ("TransUnion"), is a corporate entity that regularly conducts business in the Western District of Pennsylvania and has a principal place of business at 555 West Adams Street, Chicago, Illinois 60661.

## JURISDICTION AND VENUE

4.      Jurisdiction is proper as Plaintiff brings this lawsuit under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*

5.      Venue is proper pursuant to Pa.R.C.P. 2179(a)(2) because Defendants regularly conduct business in Allegheny County, Pennsylvania, and because Defendants are subject to general jurisdiction of Allegheny County, Pennsylvania.

## PROCEDURAL HISTORY AND FACTUAL ALLEGATIONS

6.      On April 12, 2019, TD Bank, filed a Civil Complaint against Amanda Pape-Cooper in Magisterial District Court at Docket Number: MJ-27305-cv-0000099-2019. A true and correct copy of the Docket is attached hereto, made a part hereof, and marked as Exhibit "A".

7.      In response to the aforesaid lawsuit, Amanda Pape-Cooper engaged The Law Firm of Fenters Ward for representation.

8.      On May 8, 2019, The Law Firm of Fenters Ward served TD Bank with a letter, (hereinafter, the "First Dispute Letter") wherein TD Bank was informed of the disputed nature regarding the alleged debt and that Amanda Pape-Cooper was represented by counsel. A true and correct copy of the First Dispute Letter is attached hereto, made a part hereof, and marked as Exhibit "B".

3

DR 07/27/2021 (00JC47) 180.120611.11007932

9.      This First Dispute Letter stated that Amanda Pape-Cooper "denie[d] owing TD Bank any amount of money" and informed TD Bank that Amanda Pape-Cooper disputed any and all "Debts" TD Bank claimed to possess. See Exhibit "B".

10.     "Debts" as defined within the First Dispute Letter delineated and included "any related debt(s) and/or credit account(s) your company [T.D. Bank USA] claims to have, sold, purchased and/or assigned from yourself, another creditor, debt buyer or other entity as of the date of this letter. See Exhibit "B".

11.     Therefore, Amanda Pape-Cooper informed TD Bank of her dispute with the validity of any obligation allegedly owed to TD Bank.

12.     The First Dispute Letter further demanded "proof of liability, accounting and ownership of these alleged accounts" and delineated "the proof shall include any agreements and amended thereto, any other written or signed documents agreed to by my client, as well as, a complete history of billing statements reflecting how you calculated the current amount claimed, owed, reported to the collection and/or credit agencies and complete copies of any assignment documentation evidencing your ownership rights to the specific accounts." See Exhibit "B".

13.     TD Bank subsequently failed to provide any of the requested documentation to verify any alleged debts.

14.     On May 8, 2019, The Law Firm of Fenters Ward filed an Entry of Appearance and an Intent to Defend on Amanda Pape-Cooper's behalf. True and correct copies of the Entry of Appearance and Notice of Intent to Defend are attached hereto, made a part hereof, and marked as Exhibit "C".

15.     On June 6, 2019, a Civil Action Hearing was held before the Honorable David Mark, Magisterial District Judge. See Exhibit "A".

4

16.     On June 6, 2019, at the conclusion of the Civil Action hearing, Judge David Mark granted a JUDGMENT FOR PLAINTIFF. A true and correct copy of the Judgment is attached hereto, made a part hereof, and marked as Exhibit "D".

17.     On June 10, 2019, The Law Firm of Fenters Ward timely appealed the Magisterial District Court's judgment in the Court of Common Pleas of Washington County at docket number 2019-2795. A true and correct copy of the Notice of Appeal is attached hereto, made a part hereof, and marked as Exhibit "E".

18.     On May 19, 2020, upon TD Bank's failure to file an Amended Complaint, Amanda Pape-Cooper filed a Praecipe to Dismiss with Prejudice. A true and correct copy of the Praecipe is attached hereto, made a part hereof, and marked as Exhibit "F".

19.     On May 28, 2020, The Law Firm of Fenters Ward sent documentation to Equifax, Experian, and TransUnion regarding the trade line associated with the alleged debt relevant to the Magisterial District Judge and Court of Common Pleas of Allegheny County proceedings debt disputing the validity of said debt. True and correct copies of the documentation, (hereinafter, the "Notice of Disputed Trade Line Letters") are attached hereto, made a part hereof, and marked as Exhibit "G".

20.     These Notice of Disputed Trade Line Letters referenced "Amanda Pape-Cooper", the alleged account number associated with the alleged and disputed trade line, the alleged amount, as well as personal information belonging to Amanda Pape-Cooper. See Exhibit "G".

21.     The Notice of Disputed Trade Line Letters explicitly stated "THIS LETTER SHALL SERVE AS FORMAL NOTIFICATION OF THE CONSUMER'S DISPUTE OF THE ASSOCIATED TRADE LINE REFERENCED IN THE SUBJECT LINE HEREINABOVE." See Exhibit "G".

5

DR 07/27/2021 (00JC47) 182.120611.11007932

22.     The Notice of Disputed Trade Line Letter further explicitly stated, in reference to the First Dispute Letter, "WE HAVE NOTIFIED THE CREDITOR AND/OR FURNISHER OF THIS DISPUTE NOTICE, AND HAVE DISPUTED THE VALIDITY OF THE OBLIGATION IN ITS ENTIRETY WITH THE FURNISHER/CREDITOR." See Exhibit "G".

23.     Furthermore, the Notice of Disputed Trade Line Letters stated "KINDLY NOTIFY THE FURNISHER OF THE CONSUMER'S DISPUTE PURSUANT TO 15 U.S.C. § 1681i(A)(2)." See Exhibit "G".

24.     The abovementioned language contained within the Notice of Disputed Trade Line Letters possessed sufficient information and language to trigger a credit reporting agency's duties to notify the furnisher of the dispute under 15 U.S.C. § 1681i(a)(2).

25.     Furthermore, the Notice of Disputed Trade Line Letters possessed sufficient information for a furnisher to investigate and report the disputed nature of the trade line under 15 U.S.C. § 1681s-2b.

26.     Upon information and belief, TransUnion received the abovementioned Notice of Dispute.

27.     TransUnion therefore possessed a duty to conduct a reasonable reinvestigation of the information contained in Amanda Pape-Cooper's file under 15 U.S.C. § 1681i(a)(1) of the FCRA.

28.     TransUnion further possessed a duty to provide notification of said dispute to TD Bank pursuant to its statutory duties contained within 15 U.S.C. § 1681i(a)(2) of the FCRA.

29.     On June 27, 2020, TD Bank willfully caused false and inaccurate information about Amanda Pape-Cooper to be furnished to Transunion when TD Bank reported the tradeline associated with the alleged and disputed debt as "Pay Status: >Charged Off<" in violation of §

6

1681s-2b(1)(E)(i) of the FCRA. A true and correct copy of the trade line is attached hereto, made

a part hereof, and marked as Exhibit "H".

   30. TD Bank owed Amanda Pape-Cooper a duty to modify the trade line to reflect the

disputed status of the alleged and disputed account and failure to do so violated § 1681s-

2(b)(E)(1)(i) of the FCRA. This failure comes after a notification of its duty to do so under §1681s-

2(b)(1).

   31. Upon information and belief, TD Bank's failure to modify the trade line to reflect

its disputed nature comes after a failure to undertake a reasonable investigation regarding Amanda

Pape-Cooper's dispute.

   32. Upon information and belief, had TD Bank reasonably investigated Amanda Pape-

Cooper's dispute, TD Bank would have reviewed the First Dispute Letter and would possess the

Notice of Dispute of Trade Line Letters Amanda Pape-Cooper mailed to Equifax, Experian, and

TransUnion.

   33. These letters each explicitly state that Amanda Pape-Cooper disputed the alleged

debt and the validity of the alleged obligation in the entirety. See Exhibits "B" and "G".

   34. Therefore, TD Bank possessed sufficient information of Amanda Pape-Cooper's

specific dispute of the alleged debt. See Exhibits "B" and "G".

   35. The Third Circuit has found "'inaccurate' information, in the FCRA context, refers

to information that either is factually incorrect or creates a misleading impression. *Hillis v. Trans

Union, LLC*, 969 F.Supp.2d 419, 421 (E.D.Pa.,2013)

   36. TD Bank subsequently failed to mark the trade line associated with the alleged and

disputed debt as "disputed", despite possessing sufficient information to do so, and therefore

published inaccurate and incorrect information concerning the abovementioned tradeline.

DR 07/27/2021 (00JC47) 184.120611.11007932

37.   It logically follows TD Bank failed to conduct a reasonable investigation into Amanda Pape-Cooper's dispute with the abovementioned trade line given the ample evidence available to TD Bank sufficient to draw the conclusion that Amanda Pape-Cooper disputed the validity of the alleged debt thereby necessitating a reporting of "disputed" on the trade line associated with the alleged and disputed debt.

38.   Amanda Pape-Cooper sufficiently "disputed" the alleged debt upon providing notice of said dispute to TD Bank itself and to Equifax, Experian, and TransUnion in the abovementioned Notices of Dispute Letters. See Exhibit "G".

39.   The language contained within the Notice of Disputed Trade Line Letters possessed sufficient information to trigger a credit reporting agency's duties under 15 U.S.C. § 1681i(a)(2) and subsequently a furnisher's duty to investigate under 15 U.S.C. § 1681s-2b of the FCRA. See Exhibit "G". Upon information and belief, TransUnion provided TD Bank with notice of said dispute.

40.   TD Bank failed to report the disputed nature of the trade line associated with the alleged and disputed debt at any point in time following Amanda Pape-Cooper's Notice of Dispute of Trade Line notification. See Exhibit "H".

41.   Therefore, TD Bank published patently incorrect and therefore inaccurate and incomplete information as the trade line associated with the alleged and disputed debt did not reflect its "disputed" nature following Amanda Pape-Cooper's dispute. See Exhibit "H".

42.   TD Bank owed Amanda Pape-Cooper a duty to modify the trade line to reflect the disputed status of the alleged and disputed account and failure to do so violated § 1681s-2(b)(E)(1) of the FCRA. See Exhibit "H".

8

DR 07/27/2021 (00JC47) 185.120611.11007932

43.    TD Bank willfully caused false and inaccurate information about Amanda Pape-Cooper to be furnished to Transunion when TD Bank failed to remove the trade line pertaining to the alleged and extinguished debt: in violation of § 1681s-2(b)(1)(E)(ii) of the FCRA. See Exhibit "H".

## COUNT I
## VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681, *et seq.*
## AMANDA PAPE-COOPER vs. TD BANK

44.    Plaintiff incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

45.    Amanda Pape-Cooper is a "consumer" as defined by § 1681a(c) of the FCRA. 15 U.S.C. § 1681a(c).

46.    T.D. Bank are "persons" as defined by § 1681a(b) of the FCRA. 15 U.S.C. § 1681a(b).

47.    Section 1681s-2(b)(1) of the FCRA provides:

> After receiving notice pursuant to section 1681i(a)(2) of this title of a dispute with regard to the completeness or accuracy of any information provided by a person to a consumer reporting agency, the person shall:
> (A) conduct an investigation with respect to the disputed information;
> (B) review all relevant information provided by the consumer reporting agency pursuant to section 1681i(a)(2) of this title;
> (C) report the results of the investigation to the consumer reporting agency;
> (D) if the investigation finds that the information is incomplete or inaccurate, report those results to all other consumer reporting agencies to which the person furnished the information and that compile and maintain files on consumers on a nationwide basis; and
> (E) if an item of information disputed by a consumer is found to be inaccurate or incomplete or cannot be verified after any reinvestigation under paragraph (1), for purposes of reporting to a consumer reporting agency only, as appropriate, based on the results of the reinvestigation promptly --

9

DR 07/27/2021 (00JC47) 186.120611.11007932

               (i) modify that item of information;
               (ii) delete that item of information; or
               (iii) permanently block the reporting of that item of information.

15 U.S.C. § 1681s-2(b)I of the FCRA.

48.     On May 8, 2019, The Law Firm of Fenters Ward served TD Bank with the First Dispute Letter whereby TD Bank was informed of Amanda Pape-Cooper's dispute with the validity of any obligation allegedly owed to TD Bank. See Exhibit "B".

49.     On May 28, 2020, The Law Firm of Fenters Ward sent Notices of Dispute of Trade Line Letters to Equifax, Experian, and TransUnion regarding the trade line associated with the aforementioned alleged and disputed debt. See Exhibit "G".

50.     Upon information and belief, TransUnion received the Notice of Dispute of Trade Line Letter and subsequently notified TD Bank of Amanda Pape-Cooper's dispute of the relevant trade line.

51.     These Notice of Disputed Trade Line Letters referenced "Amanda Pape-Cooper", the alleged account number associated with the disputed trade line, the alleged amount, as well as personal information belonging to Amanda Pape-Cooper. See Exhibit "G".

52.     The Notice of Disputed Trade Line Letters explicitly stated "THIS LETTER SHALL SERVE AS FORMAL NOTIFICATION OF THE CONSUMER'S DISPUTE OF THE ASSOCIATED TRADE LINE REFERENCED IN THE SUBJECT LINE HEREINABOVE." See Exhibit "G".

53.     Furthermore, the Notice of Disputed Trade Line Letters stated "KINDLY NOTIFY THE FURNISHER OF THE CONSUMER'S DISPUTE PURSUANT TO 15 U.S.C. § 1681i(A)(2)." See Exhibit "G".

54.     These Notices of Dispute of Trade Line Letters possessed sufficient information necessary for TD Bank to identify the trade line Amanda Pape-Cooper disputed.

DR 07/27/2021 (00JC47) 187.120611.11007932

55.     Upon information and belief, TD Bank failed to conduct a reasonable investigation into Amanda Pape-Cooper's dispute as TD Bank failed to report the disputed nature of the trade line as delineated above. See Exhibit "H".

56.     TD Bank possessed a duty under § 1681s-2b(1)(E)(i) to modify the trade line on TransUnion associated with the alleged and disputed debt to reflect its disputed nature.

57.     TD Bank failed to reflect the disputed nature of the trade line associated with the alleged and disputed debt and accordingly violated § 1681s-2b(1)(E)(i) of the FCRA.

58.     Further, TD Bank failed to delete the trade line associated with the alleged and extinguished debt upon its extinguishment and unenforceability and failure to do so violated § 1681s-b(1)(E)(ii). This failure comes after a notification of its duty to do so under § 1681i(a)(2).

59.     Therefore, TD Bank USA willfully caused false and inaccurate information about Amanda Pape-Cooper to be furnished to Transunion when TD Bank reported the alleged and disputed debt as "Pay Status: >Charged Off<" in violation of § 1681s-2b(1)(i) of the FCRA. See Exhibit "H".

60.     Section 1681n(a) of the FCRA provides:

> Any person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of--(1)(A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or (B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;
> (2) such amount of punitive damages as the court may allow; and (3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

15 U.S.C. § 1681n(a) of the FCRA.

61.     As a direct and proximate result of TD Bank's violations of § 1681s-2(b)(1)(E) of the FCRA, Amanda Pape-Cooper has suffered annoyance, anxiety, embarrassment, emotional distress, and severe inconvenience.

WHEREFORE, Plaintiff, Amanda Pape-Cooper, respectfully requests that this Honorable Court enter judgment in their favor and against Defendant, T.D. Bank USA, N.A., and enter an award of monetary damages as described herein, including an award for actual damages, statutory damages pursuant to 15 U.S.C. § 1681n(a), costs and attorney's fees pursuant to 15 U.S.C. § 1681n(a), and such other and further relief as this Honorable Court deems just and proper.

**COUNT II**
**VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681, et seq.**
**AMANDA PAPE-COOPER vs. TRANSUNION**
*pled in the alternative*

62.     Plaintiff incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

63.     TransUnion is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) of the FCRA.

64.     Section 15 U.S.C. § 1681(i)(a) of the FCRA provides:

(2) Prompt notice of dispute to furnisher of information.—
(A) In general.--Before the expiration of the 5-business-day period beginning on the date on which a consumer reporting agency receives notice of a dispute from any consumer or a reseller in accordance with paragraph (1), the agency shall provide notification of the dispute to any person who provided any item of information in dispute, at the address and in the manner established with the person. The notice shall include all relevant information regarding the dispute that the agency has received from the consumer or reseller.
(B) Provision of other information.--The consumer reporting agency shall promptly provide to the person who provided the information in dispute all relevant information regarding the dispute that is received by the agency from the consumer or

the reseller after the period referred to in subparagraph (A) and before the end of the period referred to in paragraph (1)(A).

15 U.S.C. § 1681(i)(a) of the FCRA.

65.    On May 28, 2020, Amanda Pape-Cooper furnished TransUnion with documentation delineating a dispute with the These Notice of Disputed Trade Line Letters referenced "Amanda Pape-Cooper", the alleged account number associated with the disputed trade line, the alleged amount, as well as personal information belonging to Amanda Pape-Cooper. See Exhibit "G".

66.    The Notice of Disputed Trade Line Letters explicitly stated "THIS LETTER SHALL SERVE AS FORMAL NOTIFICATION OF THE CONSUMER'S DISPUTE OF THE ASSOCIATED TRADE LINE REFERENCED IN THE SUBJECT LINE HEREINABOVE." See Exhibit "G".

67.    Furthermore, the Notice of Disputed Trade Line Letters stated "KINDLY NOTIFY THE FURNISHER OF THE CONSUMER'S DISPUTE PURSUANT TO 15 U.S.C. § 1681i(A)(2)." See Exhibit "G".

68.    Following the abovementioned Notices of Dispute of Trade Line Letters possessed TransUnion possessed a duty to provide TD Bank with notice of Amanda Pape-Cooper's dispute with the alleged and disputed tradeline.

69.    TransUnion therefore possessed a duty to conduct a reasonable reinvestigation of the information contained in Amanda Pape-Cooper's file under 15 U.S.C. § 1681i(a)(1) of the FCRA.

70.    TransUnion further possessed a duty to provide notification of said dispute to TD Bank pursuant to its statutory duties contained within 15 U.S.C. § 1681i(a)(2) of the FCRA.

71.     Upon information and belief, TransUnion failed to conduct a reasonable reinvestigation of the information and to provide notification of Amanda Pape-Cooper's dispute and thereby violated 15 U.S.C. § 1681i(a) of the FCRA.

72.     Upon information and belief, TransUnion failed to establish or follow reasonable procedures to assure maximum possible accuracy concerning the alleged and disputed tradeline following Amanda Pape-Cooper's dispute.

73.     Upon information and belief, TransUnion failed to promptly and adequately investigate the alleged and disputed information following Amanda Pape-Cooper's dispute with the alleged and disputed tradeline.

74.     TransUnion failed to note in the credit report that Amanda Pape-Cooper disputed the accuracy of the information. See Exhibit "H".

75.     Upon information and belief, TransUnion failed to take adequate steps to verify information TransUnion had reason to believe was inaccurate before including it in Amanda Pape-Cooper's credit report.

76.     Upon information and belief, TransUnion possessed a duty to provide any and all documentation pertaining to Amanda Pape-Cooper's dispute of the alleged tradeline and its failure to do so violated 15 U.S.C. § 1681i(a) of the FCRA.

77.     Upon information and belief, TransUnion failed to promptly provide all relevant information regarding the dispute to TD Bank in violation of 15 U.S.C. § 1681(i)(a).

78.     Section 1681n(a) of the FCRA provides:

> Any person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of--(1)(A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or (B) in the case of liability of a natural person for obtaining a consumer

14

DR 07/27/2021 (00JC47) 191.120611.11007932

report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;

(2) such amount of punitive damages as the court may allow; and

(3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

15 U.S.C. § 1681n(a) of the FCRA.

79.     As a direct and proximate result of TransUnion's violations of the FCRA, Amanda Pape-Cooper has suffered annoyance, anxiety, embarrassment, emotional distress, and severe inconvenience.

WHEREFORE, Plaintiff, Amanda Pape-Cooper, respectfully requests that this Honorable Court enter judgment in their favor and against Defendant, TransUnion, LLC, and enter an award of monetary damages as described herein, including an award for actual damages, statutory damages pursuant to 15 U.S.C. § 1681n(a), costs and attorney's fees pursuant to 15 U.S.C. § 1681n(a), and such other and further relief as this Honorable Court deems just and proper.

**JURY TRIAL DEMANDED UPON APPEAL OR REMOVAL.**

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: May 24, 2021

By: _____

Joshua P. Ward (Pa. I.D. No. 320347)
Kyle H. Steenland (Pa. I.D. No. 327786)

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

DR 07/27/2021 (00JC47) 192.120611.11007932

Counsel for Plaintiff

DR 07/27/2021 (00JC47) 193.120611.11007932

# EXHIBIT A

DR 07/27/2021 (00JC47) 194.120611.11007932

# Magisterial District Judge 27-3-05

## DOCKET

Docket Number: MJ-27305-CV-0000099-2019

### Civil Docket

TD BANK USA N.A.

v.

Amanda R. Pape-Cooper

Page 1 of 2

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Vacant MDJ 27-3-05 | File Date: | 04/12/2019 |
| Claim Amount: | $2,517.96 | Case Status: | Closed |
| Judgment Amount: | $2,655.71 | County: | Washington |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 05/15/2019 | 1:00 pm | | Magisterial District Judge David W. Mark | Continued |
| Civil Action Hearing | 06/06/2019 | 11:15 am | | Magisterial District Judge David W. Mark | Scheduled |

### CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Pape-Cooper, Amanda R. | Washington, PA 153011229 |
| Plaintiff | TD BANK USA N.A. | Canonsburg, PA 15317 |

### DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-27305-CV-0000099-2019 | TD BANK USA N.A. | Amanda R. Pape-Cooper | Judgment for Plaintiff | 06/06/2019 |

### CIVIL DISPOSITION / JUDGMENT DETAILS

Disposition Date: 06/06/2019    Monthly Rent: $0.00

| Defendant(s) | Plaintiff(s) | Disposition | Joint/Several Liability | Individual Liability | Net Judgment |
|---|---|---|---|---|---|
| Amanda R. Pape-Cooper | TD BANK USA N.A. | Judgment for Plaintiff | $0.00 | $2,655.71 | $2,655.71 |

Judgment Components:

| Type | Amount | Deposit Amount | Adjusted Amount |
|---|---|---|---|
| Civil Judgment | $2,517.96 | $0.00 | $2,517.96 |
| Filing Fees | $137.75 | $0.00 | $137.75 |

* Is Joint/Several

MDJS 1200

Printed: 06/06/2019  4:24 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

DR 07/27/2021 (OOJC47) 195.120611.11007932

# Magisterial District Judge 27-3-05

## DOCKET

Docket Number: MJ-27305-CV-0000099-2019

### Civil Docket



TD BANK USA N.A.

v.

Amanda R. Pape-Cooper

Page 2 of 2

## ATTORNEY INFORMATION

| Private | Private |
|---|---|
| Name: Gregg Lawrence Morris, Esq. | Name: Bryan Jon Polas, Esq. |
| Representing: TD BANK USA N.A. | Representing: TD BANK USA N.A. |
| Counsel Status: Active - Entry of Appearance | Counsel Status: Active - Entry of Appearance |
| Supreme Court No.: 069006 | Supreme Court No.: 322175 |
| Phone No.: 412-429-7675 | Phone No.: 412-429-7675 |
| Address: Patenaude & Felix, A.P.C.<br>501 Corporate Drive<br>Suite 2015<br>Canonsburg, PA 15317 | Address: Patenaude & Felix, A.P.C.<br>501 Corporate Drive Suite 205<br>Canonsburg, PA 15317 |
| Entry of Appearance Filed Dt: 04/12/2019 | Entry of Appearance Filed Dt: 04/12/2019 |
| Withdrawal of Entry of Appearance Filed Dt: | Withdrawal of Entry of Appearance Filed Dt: |

**Private**

Name: Brian J. Fenters, Esq.

Representing: Pape-Cooper, Amanda R.

Counsel Status: Active - Entry of Appearance

Supreme Court No.: 320202

Phone No.: 412-545-3016

Address: The Law Firm of Fenters Ward
201 South Highland Ave Suite 201
Pittsburgh, PA 15206

Entry of Appearance Filed Dt: 05/09/2019

Withdrawal of Entry of Appearance Filed Dt:

## DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 06/06/2019 | Judgment for Plaintiff | Magisterial District Court 27-3-05 | Amanda R. Pape-Cooper, Defendant |
| 06/06/2019 | Judgment Entered | Magisterial District Court 27-3-05 | Amanda R. Pape-Cooper, Defendant |
| 05/09/2019 | Intent to Defend Filed | Amanda R. Pape-Cooper | Amanda R. Pape-Cooper, Defendant |
| 05/09/2019 | Entry of Appearance Filed | Brian J. Fenters, Esq. | Amanda R. Pape-Cooper, Defendant |
| 05/02/2019 | Certified Civil Complaint Accepted | Magisterial District Court 27-3-05 | Amanda R. Pape-Cooper, Defendant |
| 04/18/2019 | Certified Civil Complaint Issued | Magisterial District Court 27-3-05 | Amanda R. Pape-Cooper, Defendant |
| 04/12/2019 | Entry of Appearance Filed | Gregg Lawrence Morris, Esq. | TD BANK USA N.A., Plaintiff |
| 04/12/2019 | Civil Complaint Filed | TD BANK USA N.A. | |

MDJS 1200      Page 2 of 2      Printed: 06/06/2019  4:24 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

DR 07/27/2021 (00JC47) 196.120611.11007932

# EXHIBIT B

DR 07/27/2021 (00JC47) 197.120611.11007932



**THE LAW FIRM OF**
# FENTERS WARD
A I M   T O   W I N

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

412-545-3016 OFFICE
412-540-3399   FAX

May 8, 2019

TD Bank USA N.A.
%Gregg Lawrence Morris, Esq.
Patenaude & Felix APC
501 Corporate Drive
Southpointe Center Suite 205
Canonsburg, PA  15317

**Sent via U.S. Mail**

Re:   Our Client:        Amanda R. Pape-Cooper
       Docket Number:   MJ-27305-CV-0000099-2019
       Account #'s:      xxx

To Whom It May Concern:

Please accept this letter as confirmation of my representation of **Amanda R. Pape-Cooper** with a current address of **1582 Hillcrest Ave., Washington, PA 15301.** My representation of the above-mentioned client includes any related debt(s) and/or credit account(s) your company claims to have, sold, purchased and/or assigned from yourself, another creditor, debt buyer or other entity as of the date of this letter (the "Debts"). Please cease and desist any further communications with my client as it relates to the collection of Debts.

According to my client, your company has been reporting the above-referenced accounts to collection and/or credit agencies. My client denies owing **TD BANK USA N.A.** any amount of money and demands proof of liability, accounting and ownership of these alleged accounts. The proof shall include any agreements and any amendments thereto, any other written or signed documents agreed to by my client, as well as, a complete history of billing statements reflecting how you calculated the current amount claimed, owed, reported to the collection and/or credit agencies and complete copies of any assignment documentation evidencing your ownership rights to the specific accounts.

Pursuant to the Consumer Financial Protection Act (**CFPA**) 12 U.S.C. 5533(a) and the Fair Debt Collection Practices Act (**FDCPA**) 15 U.S.C. § 1692 et seq. we request that you provide additional documents related to the Debt you claim is owed by our client:

1. the original account-level documentation reflecting all purchases, payments, or other actual uses of the account;

2. a document signed by our client evidencing the opening of the account forming the basis for the debt;

3. the name of the creditor at the time of charge-off, including the name under which the creditor did business with our client;

DR 07/27/2021 (00JC47) 198.120611.11007932

4. the last four digits of the account number associated with the debt at the time our client's last monthly account statement, or, if not available, at the time of charge-off; the charge-off balance;

5. **TD BANK USA N.A.** method of calculating any amount claimed in excess of the charge-off balance;

6. a copy of the statement where **TD BANK USA N.A.** offered to provide our client (within 30 days of a written request) with copies of a document signed by our client evidencing the opening of the account forming the basis for the debt; and the original account-level documentation reflecting a purchase, payment, or other actual use of the account.

Please be advised that at all times relative hereto, we are disputing this debt under the FDCPA, FCRA, FCEUA and/or the UTPCPL. **AS SUCH YOU MUST 1) NOTIFY ANY CRAs YOU HAVE FURNISHED INFORMATION TO THAT THIS TRADE LINE IS DISPUTED; 2) YOU MUST CEASE ALL COLLECTION ATTEMPTS AND DELETE THE TRADE LINE UPON FINAL DISMISSAL OF THE DEBT COLLECTION LAWSUIT IF JUDGMENT IS RENDERED IN FAVOR OF DEFENDANT.** You may direct the requested proof to my office at the address listed above. **YOU HAVE THIRTY (30) DAYS TO PROVIDE THE REQUESTED PROOFS.** All future correspondence or contact shall be directed to my office until my office provides written confirmation of termination of legal representation, if such termination should ever occur. **YOU MUST PROVIDE THIS NOTICE TO ANY ASSIGNEE, TRANSFEREE OR SUBSEQUENT OWNER OF THIS OR ANY DEBT. IF YOU FAIL IN ANY OF THESE REGARDS, YOU WILL BE SUBJECT TO LIABILITY UNDER FEDERAL AND STATE CONSUMER PROTECTION LAWS.**

Very Truly Yours,

*/s/ Joshua P Ward, Esq.*

Joshua P. Ward, Esq.
Direct Dial: (412) 545-3015
Email: jward@fentersward.com

JPW/slk
cc: Amanda R. Pape-Cooper

DR 07/27/2021 (00JC47) 199.120611.11007932

**UNITED STATES POSTAL SERVICE®**

Firm Mailing Book For Accountable Mail

Name and Address of Sender

THE LAW FIRM OF FENTERS WARD
201 SOUTH HIGHLAND AVE.
SUITE 201
PITTSBURGH, PA 15206

Check type of mail or service
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery (COD)
☐ Insured Mail
☐ Priority Mail
☐ Priority Mail Express
☐ Registered Mail
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt),
Postmark with Date of Receipt.

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) |
|---|---|
| 6. Amanda R. Pope-Loger | TD Bank c/o Creg Lawrence Morris |
| CV-99 | Putmands L-FBX 501 Canonsb Dr. |
| Re: Dispute letter | Southpointe Center, Suite 200 |
| | Canonsburg, PA 15317 |

Complete in Ink

Special Handling

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

DR 07/27/2021 (OOJC47) 200.120611.11007932

# EXHIBIT C

DR 07/27/2021 (OOJC47) 201.120611.11007932

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF Washington



**ENTRY OF APPEARANCE
PURSUANT TO PARCPMDJ
207.1(A)**

Mag. Dist. No: 27-3-05
MDJ Name: Vacant MDJ 27-3-05
Address: 1929A; Route 519
Canonsburg, PA 15317
Telephone: (724) 746-1227

TD Bank USA N.A.

v.

Amanda R. Pape-Cooper

Docket No: CV-099-2019
Case Filed: 04/12/19

**TO THE MAGISTERIAL DISTRICT COURT:**

Please enter my appearance on behalf of  defendant Amanda R. Pape-Cooper
In the above captioned matter.

Attorney Name:  Brian J Fenters

Supreme Court of Pennsylvania Attorney Identification Number:  320202

Firm Name:  The Law Firm of Fenters Ward

Address:  201 South Highland Ave., Suite 201

City, ST, Zip:  Pittsburgh, PA  15206

Telephone Number:  (412) 545-3016

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

/s/ Brian J Fenters                                              05/08/19

**Signature of Applicant**                                   **Date**

FREE INTERPRETER
www.pacourts.us/language-rights

DR 07/27/2021 (00JC47) 202.120611.11007932



THE LAW FIRM OF

# FENTERS WARD

A I M   T O   W I N

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

**412-545-3016** OFFICE
412-540-3399    FAX

May 8, 2019

Magisterial District Number: 27-3-05

1929A; Route 519

Canonsburg, PA 15317

Phone: 724-746-1227

**Sent via:** Fax 724-746-3145

RE:      **CV-099-2019. TD Bank USA N.A. v Amanda R. Pape-Cooper**

### INTENT TO DEFEND NOTICE:

DEFENDANT INTENDS TO ENTER A DEFENSE. PLEASE CONSIDER THIS NOTICE PER Pa. R. Civ. P. MAG DIST J RULE 305(4)(a).

PLEASE NOTIFY THE PLAINTIFF THAT DEFENDANT HAS ENTERED NOTICE TO DEFEND PER Pa. R. Civ. P. MAG DIST J RULE 318.

ALSO, PLEASE UPDATE THE DOCKECT TO SHOW THAT DEFENDANT INTENDS TO DEFEND AS WELL AS OUR ENTRY OF APPEARANCE.

Sincerely,

*/s/ Brian Fenters*

Brian J. Fenters, Esq.
bfenters@fentersward.com
PA Bar# 320202
412-545-3016

BF/slk
CC: Amanda R. Pape-Cooper

DR 07/27/2021 (OOJC47) 203.120611.11007932

# EXHIBIT D

DR 07/27/2021 (00JC47) 204.120611.11007932

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF WASHINGTON



**NOTICE OF JUDGMENT/TRANSCRIPT**
**CIVIL CASE**

| | |
|---|---|
| Mag. Dist. No: | MDJ-27-3-05 |
| MDJ Name: | Honorable  Vacant MDJ 27-3-05 |
| Address: | 1929-A Route 519 South<br>Canonsburg, PA  15317 |
| Telephone: | 724-746-1227 |

Brian J. Fenters, Esq.
The Law Firm of Fenters Ward
201 South Highland Ave Suite 201
Pittsburgh, PA  15206

TD BANK USA N.A.
v.
Amanda R. Pape-Cooper

Docket No:   MJ-27305-CV-0000099-2019
Case Filed:  4/12/2019

## Disposition Summary  (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-27305-CV-0000099-2019 | TD BANK USA N.A. | Amanda R. Pape-Cooper | Judgment for Plaintiff | 06/06/2019 |

### Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| Amanda R. Pape-Cooper | $0.00 | $2,655.71 | $2,655.71 |
| TD BANK USA N.A. | $0.00 | $0.00 | $0.00 |

### Judgment Finding  (*Post Judgment)

In the matter of TD BANK USA N.A. vs. Amanda R. Pape-Cooper on MJ-27305-CV-0000099-2019, on 6/06/2019 the judgment was awarded as follows:

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Civil Judgment | 0.00 | $2,517.96 | | $2,517.96 |
| Filing Fees | 0.00 | $137.75 | | $137.75 |
| | | | Grand Total: | $2,655.71 |

### Comments:

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION.   YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

6/6/19
Date

Mark Wilson
Magisterial District Judge

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

RECEIVED
JUN 07 2019

_____        _____
Date                        Magisterial District Judge

MDJS 315
Printed: 06/06/2019 11:31:16AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
724-228-6798

DR 07/27/2021 (00JC47) 205.120611.11007932

TD BANK USA N.A.
v.
Amanda R. Pape-Cooper

Docket No.: MJ-27305-CV-0000099-2019

# Participant List

**Private(s)**

Brian J. Fenters, Esq.
The Law Firm of Fenters Ward
201 South Highland Ave Suite 201
Pittsburgh, PA  15206

Gregg Lawrence Morris, Esq.
Patenaude & Felix, A.P.C.
501 Corporate Drive
Suite 2015
Canonsburg, PA  15317

Bryan Jon Polas, Esq.
Patenaude & Felix, A.P.C.
501 Corporate Drive Suite 205
Canonsburg, PA  15317

**Plaintiff(s)**

TD BANK USA N.A.
C/O Patenaude & Felix, A.P.C.
501 Coroporate Drive, Southpoint Center Suite 205
Canonsburg, PA  15317

**Defendant(s)**

Amanda R. Pape-Cooper
1585 Hillcrest Ave
Washington, PA  15301-1229

FREE INTERPRETER
www.pacourts.us/language-rights
724-228-6798

DR 07/27/2021 (00JC47) 206.120611.11007932

# EXHIBIT E

DR 07/27/2021 (00JC47) 207.120611.11007932

COMMONWEALTH OF PENNSYLVANIA

| COURT OF COMMON PLEAS | NOTICE OF APPEAL |
| Judicial District, County Of | FROM |
| **27   WASHINGTON** | MAGISTERIAL DISTRICT JUDGE JUDGMENT |
| | COMMON PLEAS No. 2019 - 2795 |

JOY S. RANKO
A TRUE COPY
PROTHONOTARY
6-10-19

## NOTICE OF APPEAL

Notice is given that the appellant has filed in the above Court of Common Pleas an appeal from the judgment rendered by the Magisterial District Judge on the date and in the case referenced below.

| NAME OF APPELLANT | MAG. DIST. NO | NAME OF MDJ | | |
| Amanda R. Pape-Cooper | 27-3-05 | Honorable Vacant MDJ | | |
| ADDRESS OF APPELLANT | CITY | | STATE | ZIP CODE |
| 1585 Hillcrest Avenue | Washington | | PA | 15301-1229 |
| DATE OF JUDGMENT | IN THE CASE OF (Plaintiff) | | (Defendant) | |
| 06/06/2019 | TD Bank USA, N.A. | vs | Amanda R. Pape-Cooper | |
| DOCKET No. | | SIGNATURE OF APPELLANT OR ATTORNEY OR AGENT | | |
| MJ-27305-CV-0000099-2019 | | | | |

This block will be signed ONLY when this notation is required under Pa. R.C.P.M.D.J. No. 1008.
This Notice of Appeal, when received by the Magisterial District Judge, will operate as a SUPERSEDEAS to the judgment for possession in this case.

_Signature of Prothonotary or Deputy_

If appellant was Claimant (see Pa. R.C.P.M.D.J. No. 1001(6) in action before a Magisterial District Judge, A COMPLAINT MUST BE FILED within twenty (20) days after filing the NOTICE OF APPEAL.

---

## PRAECIPE TO ENTER RULE TO FILE COMPLAINT AND RULE TO FILE

(This section of form to be used ONLY when appellant was DEFENDANT (see Pa.R.C.P.M.D.J. No. 1001(7) in action before Magisterial District Judge. IF NOT USED, detach from copy of notice of appeal to be served upon appellee.

PRAECIPE: To Prothonotary

Enter rule upon _____ TD Bank USA, N.A. _____ appellee(s), to file a complaint in this appeal
_Name of appellee(s)_

(Common Pleas No. 2019 - 2795 ___) within twenty (20) days after service of rule or suffer entry of judgment of non pros.

_Signature of appellant or attorney or agent_

RULE: To ___ TD Bank USA, N.A. ___ . appellee(s)
_Name of appellee(s)_

(1) You are notified that a rule is hereby entered upon you to file a complaint in this appeal within twenty (20) days after the date of service of this rule upon you by personal service or by certified or registered mail.

(2) If you do not file a complaint within this time, a JUDGMENT OF NON PROS MAY BE ENTERED AGAINST YOU.

(3) The date of service of this rule if service was by mail is the date of the mailing.

Date 6-10 , 2019

JOY SCHURY RANKO PROTHONOTARY
_Signature of Prothonotary or Deputy_
My Term Expires First Monday in January, 2020

**YOU MUST INCLUDE A COPY OF THE NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH THIS NOTICE OF APPEAL.**
The appellee and the magisterial district judge in whose office the judgment was rendered must be served with a copy of this Notice pursuant to Pa.R.C.P.M.D.J. 1005(A).

AOPC 312-05

SCANNED
1 1 JUN 2019
BY .................

DR 07/27/2021 (00JC47) 208.120611.11007932

COMMONWEALTH OF PENNSYLVANIA

COURT OF COMMON PLEAS

Judicial District, County Of

## 27    WASHINGTON

NOTICE OF APPEAL

FROM

MAGISTERIAL DISTRICT JUDGE JUDGMENT

JOY S. RANKO
A TRUE COPY
PROTHONOTARY
6-10-19

COMMON PLEAS No. 2019-2795

## NOTICE OF APPEAL

Notice is given that the appellant has filed in the above Court of Common Pleas an appeal from the judgment rendered by the Magisterial District Judge on the date and in the case referenced below.

| NAME OF APPELLANT | MAG DIST NO | NAME OF MDJ | | |
|---|---|---|---|---|
| Amanda R. Pape-Cooper | 27-3-05 | Honorable Vacant MDJ | | |
| ADDRESS OF APPELLANT | CITY | | STATE | ZIP CODE |
| 1585 Hillcrest Avenue | Washington | | PA | 15301-1229 |
| DATE OF JUDGMENT | IN THE CASE OF (Plaintiff) | | (Defendant) | |
| 06/06/2019 | TD Bank USA, N.A. | vs | Amanda R. Pape-Cooper | |

| DOCKET No. | SIGNATURE OF APPELLANT OR ATTORNEY OR AGENT |
|---|---|
| MJ-27305-CV-0000099-2019 | ✗ Jeff Pape |

| This block will be signed ONLY when this notation is required under Pa. R.C.P.M.D.J. No. 1008. This Notice of Appeal, when received by the Magisterial District Judge, will operate as a SUPERSEDEAS to the judgment for possession in this case. | If appellant was Claimant (see Pa. R.C.P.M.D.J. No. 1001(6) in action before a Magisterial District Judge. A COMPLAINT MUST BE FILED within twenty (20) days after filing the NOTICE of APPEAL. |
|---|---|
| _Signature of Prothonotary or Deputy_ | |

---

## PRAECIPE TO ENTER RULE TO FILE COMPLAINT AND RULE TO FILE

*(This section of form to be used ONLY when appellant was DEFENDANT (see Pa.R.C.P.M.D.J. No. 1001(7) in action before Magisterial District Judge. IF NOT USED, detach from copy of notice of appeal to be served upon appellee.)*

PRAECIPE: To Prothonotary

Enter rule upon _____ **TD Bank USA, N.A.** _____ appellee(s), to file a complaint in this appeal

_Name of appellee(s)_

(Common Pleas No. **2019-2795** ) within twenty (20) days after service of rule or suffer entry of judgment of non pros.

✗ Jeff Pape

_Signature of appellant or attorney or agent_

RULE: To ___ **TD Bank USA, N.A.** ___ , appellee(s)

_Name of appellee(s)_

(1)  You are notified that a rule is hereby entered upon you to file a complaint in this appeal within twenty (20) days after the date of service of this rule upon you by personal service or by certified or registered mail.

(2)  If you do not file a complaint within this time, a JUDGMENT OF NON PROS MAY BE ENTERED AGAINST YOU.

(3)  The date of service of this rule if service was by mail is the date of the mailing.

Date 6-10 20 19

Joy Schury Ranko (.psd)

_Signature of Prothonotary or Deputy_

JOY SCHURY RANKO, PROTHONOTARY

Term Equivalent - First Monday in January, 2020

**YOU MUST INCLUDE A COPY OF THE NOTICE OF JUDGMENT/TRANSCRIPT WITH THIS NOTICE OF APPEAL.** The appellee and the magisterial district judge in whose office the judgment was rendered must be served with a copy of this Notice pursuant to Pa.R.C.P.M.D.J. 1005(A).

SCANNED

11 JUN 2019

BY..............

AOPC 312-05

DR 07/27/2021 (00JC47) 209.120611.11007932

COMMONWEALTH OF PENNSYLVANIA

| COURT OF COMMON PLEAS | |
|---|---|
| Judicial District, County Of | |
| 27 | WASHINGTON |

NOTICE OF APPEAL

FROM

MAGISTERIAL DISTRICT JUDGE JUDGMENT

COMMON PLEAS No. 2019 - 2795

JOY S. RANKO
A TRUE COPY
PROTHONOTARY
6-10-19

## NOTICE OF APPEAL

Notice is given that the appellant has filed in the above Court of Common Pleas an appeal from the judgment rendered by the Magisterial District Judge on the date and in the case referenced below.

| NAME OF APPELLANT | MAG. DIST. NO | NAME OF MDJ | | |
|---|---|---|---|---|
| Amanda R. Pape-Cooper | 27-3-05 | Honorable Vacant MDJ | | |
| ADDRESS OF APPELLANT | CITY | | STATE | ZIP CODE |
| 1585 Hillcrest Avenue | Washington | | PA | 15301-1229 |
| DATE OF JUDGMENT | IN THE CASE OF (Plaintiff) | | (Defendant) | |
| 06/06/2019 | TD Bank USA, N.A. | vs | Amanda R. Pape-Cooper | |

DOCKET No.

MJ-27305-CV-0000099-2019

SIGNATURE OF APPELLANT OR ATTORNEY OR AGENT

| This block will be signed ONLY when this notation is required under Pa. R.C.P.M.D.J. No. 1008.<br>This Notice of Appeal, when received by the Magisterial District Judge, will operate as a SUPERSEDEAS to the judgment for possession in this case. | If appellant was Claimant (see Pa. R.C.P.M.D.J. No. 1001(6)) in action<br>before a Magisterial District Judge, A COMPLAINT MUST BE FILED within twenty<br>(20) days after filing the NOTICE of APPEAL. |
|---|---|
| *Signature of Prothonotary or Deputy* | |

---

## PRAECIPE TO ENTER RULE TO FILE COMPLAINT AND RULE TO FILE

*(This section of form to be used ONLY when appellant was DEFENDANT (see Pa.R.C.P.M.D.J. No. 1001(7)) in action before Magisterial District Judge. IF NOT USED, detach from copy of notice of appeal to be served upon appellee.)*

PRAECIPE: To Prothonotary

Enter rule upon _____ TD Bank USA, N.A. _____ appellee(s), to file a complaint in this appeal
*Name of appellee(s)*

(Common Pleas No. 2019 - 2795 ) within twenty (20) days after service of rule or suffer entry of judgment of non pros.

*Signature of appellant or attorney or agent*

RULE: To _____ TD Bank USA, N.A. _____ , appellee(s)
*Name of appellee(s)*

(1) You are notified that a rule is hereby entered upon you to file a complaint in this appeal within twenty (20) days after the date of service of this rule upon you by personal service or by certified or registered mail.

(2) If you do not file a complaint within this time, a JUDGMENT OF NON PROS MAY BE ENTERED AGAINST YOU.

(3) The date of service of this rule if service was by mail is the date of the mailing.

Date 6-10, 20 19 _____ PROTHONOTARY Prothonotary or Deputy

JOY SEBURY RANKO
My Term Expires First Monday in January, 2020

**YOU MUST INCLUDE A COPY OF THE NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH THIS NOTICE OF APPEAL.**
The appellee and the magisterial district judge in whose office the judgment was rendered must be served with a copy of this Notice pursuant to Pa.R.C.P.M.D.J. 1005(A).

AOPC 312-05

| SCANNED |
|---|
| 1 1 JUN 2019 |
| BY |

DR 07/27/2021 (00JC47) 210.120611.11007932

COMMONWEALTH OF PENNSYLVANIA

JOY S. RANKO
A TRUE COPY
PROTHONOTARY
6-10-19

COURT OF COMMON PLEAS

NOTICE OF APPEAL

Judicial District, County Of

FROM

**27   WASHINGTON**

MAGISTERIAL DISTRICT JUDGE JUDGMENT

COMMON PLEAS No. 2019-2795

## NOTICE OF APPEAL

Notice is given that the appellant has filed in the above Court of Common Pleas an appeal from the judgment rendered by the Magisterial District Judge on the date and in the case referenced below.

| NAME OF APPELLANT<br>Amanda R. Pape-Cooper | MAG. DIST. NO.<br>27-3-05 | NAME OF MDJ<br>Honorable Vacant MDJ | | |
|---|---|---|---|---|
| ADDRESS OF APPELLANT<br>1585 Hillcrest Avenue | CITY<br>Washington | | STATE<br>PA | ZIP CODE<br>15301-1229 |
| DATE OF JUDGMENT<br>06/06/2019 | IN THE CASE OF (Plaintiff)<br>TD Bank USA, N.A. | | (Defendant)<br>Amanda R. Pape-Cooper | |

DOCKET No.
MJ-27305-CV-0000099-2019

SIGNATURE OF APPELLANT OR ATTORNEY OR AGENT

This block will be signed ONLY when this notation is required under Pa. R.C.P.M.D.J. No. 1008.

This Notice of Appeal, when received by the Magisterial District Judge, will operate as a SUPERSEDEAS to the judgment for possession in this case.

_____
Signature of Prothonotary or Deputy

If appellant was Claimant  (see  Pa. R.C.P.M.D.J. No. 1001(6) in action

before a Magisterial District Judge, A COMPLAINT MUST BE FILED within                                                                        twenty

(20) days after filing the NOTICE of APPEAL.

---

### PRAECIPE TO ENTER RULE TO FILE COMPLAINT AND RULE TO FILE

*(This section of form to be used ONLY when appellant was DEFENDANT (see Pa.R.C.P.M.D.J. No. 1001(7) in action before Magisterial District Judge. IF NOT USED, detach from copy of notice of appeal to be served upon appellee.)*

PRAECIPE: To Prothonotary

Enter rule upon _____ **TD Bank USA, N.A.** _____ appellee(s), to file a complaint in this appeal
Name of appellee(s)

(Common Pleas No. 2019-2795 ) within twenty (20) days after service of rule or suffer entry of judgment of non pros.

_____
Signature of appellant or attorney or agent

RULE: To _____ **TD Bank USA, N.A.** _____ , appellee(s)
Name of appellee(s)

(1)  You are notified that a rule is hereby entered upon you to file a complaint in this appeal within twenty (20) days after the date of service of this rule upon you by personal service or by certified or registered mail.

(2)  If you do not file a complaint within this time, a JUDGMENT OF NON PROS MAY BE ENTERED AGAINST YOU.

(3)  The date of service of this rule if service was by mail is the date of the mailing.

Date 6-10 2019

_____
Signature of Prothonotary or Deputy

JOY SCHURY RANKO PROTHONOTARY
My Term Expires First Monday in January, 2020

**YOU MUST INCLUDE A COPY OF THE NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH THIS NOTICE OF APPEAL.**
The appellee and the magisterial district judge in whose office the judgment was rendered must be served with a copy of this Notice pursuant to Pa.R C.P.M.D.J. 1005(A).

SCANNED
11 JUN 2019
BY.......

AOPC 312-05

DR 07/27/2021 (OOJC47) 211.120611.11007932

# EXHIBIT F

DR 07/27/2021 (00JC47) 212.120611.11007932

# IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA

TD BANK USA, N.A.,

*Plaintiff,*

vs.

AMANDA R. PAPE-COOPER,

*Defendant.*

CIVIL DIVISION

2019-2795

**PRAECIPE TO DISMISS CASE WITH PREJUDICE**

Filed on Behalf of Defendant:
Amanda R. Pape-Cooper

Counsel of Record for This Party:

THE LAW FIRM OF FENTERS WARD

Joshua P. Ward
Pa. I.D. No. 320347

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Telephone No.: 412 – 545 – 3016
Fax No.:          412 – 540 – 3399
E-mail: bfenters@FentersWard.com

**FILED**

MAY 1 9 2020

L. H. HOUGH
PROTHONOTARY

RECEIVED MAY 2 0 2020

2507

DR 07/27/2021 (00JC47) 213.120611.11007932

OFFICE OF

### PROTHONOTARY OF WASHINGTON COUNTY

WASHINGTON, PA 15301

NAME _Law Firm of Fenton Ward_

## 581591

| CASH | CHECK | CLERK | | DATE | TRANS NO. | P/D H/M | AMOUNT | DEPT |
|------|-------|-------|---|------|-----------|---------|--------|------|

▶

_T.D. Bank USA_

_vs._

| | 05/19/2020 | | TUE |
| | | $0.00 |
| SATISFACTION | $8.00 |
| FEES PAID | $8.00 |
| TOTAL | $8.00 |
| CHECK | $8.00 |
| AMT 00000  JOY | TIME 11:12 |

_Pape-Cooper_

▶          **TOTAL**

_2019-2795_

_Praecipe to Dismiss Without ~~Pred~~ Prejudice_

DR 07/27/2021 (00JC47) 214.120611.11007932

# CONFIDENTIAL
# DOCUMENT FORM



*Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*
204 Pa. Code § 213.81
www.pacourts.us/public-records

AMANDA PAPE-COOPER
<u>(Party name as displayed in case caption)</u>

Vs.

T.D. BANK USA, N.A. and TRANSUNION, LLC
<u>(Party name as displayed in case caption)</u>

AR-21-
Docket/Case No.

Common Pleas Allegheny
Court

This form is associated with the pleading titled <u>Complaint</u>, dated <u>May 24</u>, <u>2021</u>.

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Document Form shall accompany a filing where a confidential document is required by law, ordered by the court, or is otherwise necessary to effect the disposition of a matter. This form shall be accessible to the public, however the documents attached shall not be publicly accessible, except as ordered by a court. The documents attached will be available to the parties, counsel of record, the court, and the custodian. **Please only attach documents necessary for the purposes of this case.** Complete the entire form and check all that apply. This form and any additional pages must be served on all unrepresented parties and counsel of record.

| Type of Confidential Document | Paragraph, page, etc. where the confidential document is referenced in the filing: |
|---|---|
| ☒ Financial Source Documents | |
| ☐ Tax Returns and schedules | |
| ☐ W-2 forms and schedules including 1099 forms or similar documents | |
| ☐ Wage stubs, earning statements, or other similar documents | |
| ☒ Credit card statements | Exhibit G, H |
| ☒ Financial institution statements (e.g., investment/bank statements) | Exhibit G, H |
| ☐ Check registers | |
| ☐ Checks or equivalent | |
| ☐ Loan application documents | |
| ☐ Minors' educational records | |
| ☐ Medical/Psychological records | |
| ☐ Children and Youth Services' records | |
| ☐ Marital Property Inventory and Pre-Trial Statement as provided in Pa.R.C.P. No. 1920.33 | |
| ☐ Income and Expense Statement as provided in Pa.R.C.P. No. 1910.27(c) | |
| ☐ Agreements between the parties as used in 23 Pa.C.S. §3105 | |

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

*/s/ Joshua P. Ward*
<u>Signature of Attorney or Unrepresented Party</u>

Name: Joshua P. Ward

Address: 201 South Highland Avenue, Suite 201

Pittsburgh, PA 15206

05/24/21
Date

Attorney Number: (if applicable) 320347

Telephone: (412) 545-3015

Email: jward@jpward.com

Rev. 7/2018

DR 07/27/2021 (00JC47) 215.120611.11007932

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

AMANDA PAPE-COOPER,

*Plaintiff,*

vs.

T.D. BANK USA, N.A.,

*Defendant,*

*and,*

TRANSUNION, LLC,

*Defendant.*

CIVIL DIVISION

**ELECTRONICALLY FILED**

Case No. AR-21-_____

**CONFIDENTIAL EXHIBIT TO COMPLAINT IN CIVIL ACTION EXHIBIT G, H**

Filed on Behalf of Plaintiff:
Amanda Pape-Cooper

Counsel of Record for this Party:
**J.P. WARD & ASSOCIATES, LLC**

Joshua P. Ward
Pa. I.D. No. 320347

J.P. WARD & ASSOCIATES, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Telephone:     (412) 545-3015
Fax No.:          (412) 540-3399
E-mail:            jward@jpward.com

DR 07/27/2021 (OOJC47) 216.120611.11007932

# EXHIBIT G

DR 07/27/2021 (00JC47) 217.120611.11007932



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

412-545-3016 OFFICE
412-540-3399   FAX

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

MAY 28, 2020

**SENT VIA FIRST CLASS MAIL**

EQUIFAX
P.O. BOX 740241
ATLANTA, GA 30374

RE:   FCRA — NOTICE OF DISPUTED TRADE LINE - 15 U.S.C.A. 1681I (A)(2).
    NAME:       AMANDA PAPE-COOPER
    ADDRESS:   1585 HILLCREST STREET
                    WASHINGTON, PA 15301
    DOB:
    SSN:
    ACCOUNT NO:
    FURNISHER:         TD BANK USA, TARGET CREDIT CARD

TO WHOM IT MAY CONCERN:

    PLEASE BE ADVISED THAT THE LAW FIRM OF FENTERS WARD REPRESENTS THE ABOVE-NAMED CLIENT, AS ATTORNEY-IN-FACT, AND DULY AUTHORIZED AGENT, WITH RESPECT TO A DEBT-COLLECTION LAWSUIT. THIS LETTER SHALL SERVE AS FORMAL NOTIFICATION OF THE CONSUMER'S DISPUTE OF THE ASSOCIATED TRADE LINE REFERENCED IN THE SUBJECT LINE HEREINABOVE.

    WE HAVE NOTIFIED THE CREDITOR AND/OR FURNISHER OF THIS DISPUTE NOTICE, AND HAVE DISPUTED THE VALIDITY OF THE OBLIGATION IN ITS ENTIRETY WITH THE FURNISHER/CREDITOR.

    AS A CREDIT REPORTING AGENCY, YOU MUST AGAIN NOTIFY THE FURNISHER OF THE DISPUTE. BE ADVISED THAT WE EXPECT TO PREVAIL IN THE UNDERLYING LAWSUIT, AND OBTAIN A FINAL COURT ORDER RENDERING THE ALLEGED OBLIGATION UNENFORCEABLE, INVALID, AND NON-EXISTENT. THEREFORE, THE FURNISHER HAS A DUTY TO REMOVE THE TRADE LINE FROM OUR CLIENT'S CREDIT REPORT AT THAT TIME. SHOULD THE FURNISHER FAIL TO REMOVE THE TRADE LINE, WE WILL FILE A CIVIL LAWSUIT AGAINST THE FURNISHER, PURSUANT TO 15 U.S.C.A. §§ 1681S-2(B), 1681(N) AND (O).

    **KINDLY NOTIFY THE FURNISHER OF THE CONSUMER'S DISPUTE PURSUANT TO 15 U.S.C.A. 1681I (A)(2).** THANK YOU FOR YOUR ANTICIPATED COOPERATION IN THIS MATTER.

VERY TRULY YOURS,

*/S/ JOSHUA P WARD, ESQ.*

JOSHUA P. WARD, ESQUIRE
JWARD@FENTERSWARD.COM
(412) 545-3015

JPW/CAF

DR 07/27/2021 (00JC47) 218.120611.11007932



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

412-545-3016 OFFICE
412-540-3399   FAX

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

MAY 28, 2020

*SENT VIA FIRST CLASS MAIL*

EXPERIAN
P.O. BOX 2002
ALLEN, TX 75013

RE:   **FCRA — NOTICE OF DISPUTED TRADE LINE - 15 U.S.C.A. 1681I (A)(2).**
     NAME:    AMANDA PAPE-COOPER
     ADDRESS:   1585 HILLCREST STREET
                WASHINGTON, PA 15301
     DOB:
     SSN:
     ACCOUNT NO:
     FURNISHER:    TD BANK USA, TARGET CREDIT CARD

TO WHOM IT MAY CONCERN:

    PLEASE BE ADVISED THAT THE LAW FIRM OF FENTERS WARD REPRESENTS THE ABOVE-NAMED CLIENT, AS ATTORNEY-IN-FACT, AND DULY AUTHORIZED AGENT, WITH RESPECT TO A DEBT-COLLECTION LAWSUIT. THIS LETTER SHALL SERVE AS FORMAL NOTIFICATION OF THE CONSUMER'S DISPUTE OF THE ASSOCIATED TRADE LINE REFERENCED IN THE SUBJECT LINE HEREINABOVE.

    WE HAVE NOTIFIED THE CREDITOR AND/OR FURNISHER OF THIS DISPUTE NOTICE, AND HAVE DISPUTED THE VALIDITY OF THE OBLIGATION IN ITS ENTIRETY WITH THE FURNISHER/CREDITOR.

    AS A CREDIT REPORTING AGENCY, YOU MUST AGAIN NOTIFY THE FURNISHER OF THE DISPUTE. BE ADVISED THAT WE EXPECT TO PREVAIL IN THE UNDERLYING LAWSUIT, AND OBTAIN A FINAL COURT ORDER RENDERING THE ALLEGED OBLIGATION UNENFORCEABLE, INVALID, AND NON-EXISTENT. THEREFORE, THE FURNISHER HAS A DUTY TO REMOVE THE TRADE LINE FROM OUR CLIENT'S CREDIT REPORT AT THAT TIME. SHOULD THE FURNISHER FAIL TO REMOVE THE TRADE LINE, WE WILL FILE A CIVIL LAWSUIT AGAINST THE FURNISHER, PURSUANT TO 15 U.S.C.A. §§ 1681S-2(B), 1681(N) AND (O).

    **KINDLY NOTIFY THE FURNISHER OF THE CONSUMER'S DISPUTE PURSUANT TO 15 U.S.C.A. 1681I (A)(2).** THANK YOU FOR YOUR ANTICIPATED COOPERATION IN THIS MATTER.

VERY TRULY YOURS,

*/s/ JOSHUA P WARD, ESQ.*

JOSHUA P. WARD, ESQUIRE
JWARD@FENTERSWARD.COM
(412) 545-3015

JPW/MAF

DR 07/27/2021 (00JC47) 219.120611.11007932



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.
_____
MANAGING PARTNERS

412-545-3016 OFFICE
412-540-3399   FAX

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

MAY 28, 2020

*SENT VIA FIRST CLASS MAIL*

TRANSUNION
P.O. BOX 1000
CHESTER, PA 19022

RE:   FCRA — NOTICE OF DISPUTED TRADE LINE - 15 U.S.C.A. 1681I (A)(2).
    NAME:    AMANDA PAPE-COOPER
    ADDRESS:  1585 HILLCREST STREET
              WASHINGTON, PA 15301
    DOB:
    SSN:
    ACCOUNT NO.
    FURNISHER:    TD BANK USA, TARGET CREDIT CARD

TO WHOM IT MAY CONCERN:

    PLEASE BE ADVISED THAT THE LAW FIRM OF FENTERS WARD REPRESENTS THE ABOVE-NAMED CLIENT, AS ATTORNEY-IN-FACT, AND DULY AUTHORIZED AGENT, WITH RESPECT TO A DEBT-COLLECTION LAWSUIT. THIS LETTER SHALL SERVE AS FORMAL NOTIFICATION OF THE CONSUMER'S DISPUTE OF THE ASSOCIATED TRADE LINE REFERENCED IN THE SUBJECT LINE HEREINABOVE.

    WE HAVE NOTIFIED THE CREDITOR AND/OR FURNISHER OF THIS DISPUTE NOTICE, AND HAVE DISPUTED THE VALIDITY OF THE OBLIGATION IN ITS ENTIRETY WITH THE FURNISHER/CREDITOR.

    AS A CREDIT REPORTING AGENCY, YOU MUST AGAIN NOTIFY THE FURNISHER OF THE DISPUTE. BE ADVISED THAT WE EXPECT TO PREVAIL IN THE UNDERLYING LAWSUIT, AND OBTAIN A FINAL COURT ORDER RENDERING THE ALLEGED OBLIGATION UNENFORCEABLE, INVALID, AND NON-EXISTENT. THEREFORE, THE FURNISHER HAS A DUTY TO REMOVE THE TRADE LINE FROM OUR CLIENT'S CREDIT REPORT AT THAT TIME. SHOULD THE FURNISHER FAIL TO REMOVE THE TRADE LINE, WE WILL FILE A CIVIL LAWSUIT AGAINST THE FURNISHER, PURSUANT TO 15 U.S.C.A. §§ 1681S–2(B), 1681(N) AND (O).

    **KINDLY NOTIFY THE FURNISHER OF THE CONSUMER'S DISPUTE PURSUANT TO 15 U.S.C.A. 1681I (A)(2).** THANK YOU FOR YOUR ANTICIPATED COOPERATION IN THIS MATTER.

VERY TRULY YOURS,

*/s/ JOSHUA P WARD, ESQ.*

JOSHUA P. WARD, ESQUIRE
JWARD@FENTERSWARD.COM
(412) 545-3015

JPW/CAF

DR 07/27/2021 (00JC47) 220.120611.11007932

**UNITED STATES POSTAL SERVICE**

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender

THE LAW FIRM OF FENTERS WARD
201 S HIGHLAND AVE, STE 201
PITTSBURGH, PA 15206

Check type of mail or service

☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery (COD)
☐ Insured Mail
☐ Priority Mail
☐ Priority Mail Express
☐ Registered Mail
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt)
Postmark with Date of Receipt.

MAY 28, 2020

EAST LIBERTY STATION 15206-USPS

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) |
|---|---|
| 1. EXPERIAN INFORMATION SERVICES, LLC | AMANDA PAPE-COOPER |
| P.O. Box 2002 | CV CV-99 TD Bank |
| ALLEN, TX 75013 | CRA 2B DISPUTE LETTER |
| 2. EQUIFAX INFORMATION SERVICES, INC | AMANDA PAPE COOPER |
| P.O. BOX 740241 | CV99 TD BANK |
| ATLANTA, PA 30374 | CRA 2B DISPUTE LETTER |
| 3. TRANSUNION, LLC | AMANDA PAPE-COOPER |
| P.O. BOX 1000 | CV99 TD BANK |
| CHESTER, PA 19022 | CRA 2B DISPUTE LETTER |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

Handling Charge - Register over $50,000 in value

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, per (name of receiving employee)

Complete In Ink

PS Form **3877**, January 2017 (Page 1 of 2)
PSN 7530-02-000-9058

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

DR 07/27/2021 (OOJC47) 221.120611.11007932

# EXHIBIT H

Consumer Credit Report for AMANDA R. PAPE COOPER



**TD BANK USA/TARGET CRED** ( NCD-0450, PO BOX 1470, MINNEAPOLIS, MN 55440, Phone number not available )

| | |
|---|---|
| Date Opened: | 07/29/2015 |
| Responsibility: | Individual Account |
| Account Type: | Revolving Account |
| Loan Type: | CREDIT CARD |

Date Updated: 06/27/2020
Payment Received: $0
Last Payment Made: 04/20/2018
Original Charge-off: $2,517

Pay Status: >Charged Off<
Terms: Paid Monthly
Date Closed: 11/26/2018
>Maximum Delinquency of 120 days in 09/2018
and in 10/2018<

**High Balance:** High balance of $2,517 from 05/2020 to 06/2020
**Credit Limit:** Credit limit of $2,000 from 05/2020 to 06/2020
**Estimated month and year that this item will be removed:** 04/2025

| | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,517 | $2,517 | | | | | | | | | | |
| Scheduled Payment | | $0 | | | | | | | | | | |
| Amount Paid | $0 | $190 | | | | | | | | | | |
| Past Due | $2,517 | $2,517 | | | | | | | | | | |
| Remarks | CBG/PRL | CBG/PRL | | | | | | | | | | |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 90 | 60 |

| | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

P CDYX5-002 00040-I000866 08/22

DR 07/27/2021 (00JC47) 223.120611.11007932

## VERIFICATION

I, JOSHUA P. WARD, ESQ., have read the foregoing COMPLAINT and verify that the statements therein are correct to the best of my personal knowledge, information, and/or belief. I have gained this information from discussions with Plaintiff. This verification is made on behalf of Plaintiff. Plaintiff will produce their verification if/when there is an objection by Defendant or upon directive from the court.

I understand that this verification is made subject to the penalties of 18 Pa. C.S.A. 4904 relating to unsworn falsification to authorities, which provides that if I knowingly make false averments, I may be subject to criminal penalties.

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: May 24, 2021

By: _____
Joshua P. Ward (Pa. I.D. No. 320347)
Kyle H. Steenland (Pa. I.D. No. 327786)

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

17